FILED

APR 2 9 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   14CR3321-GT |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| JUAN CARLOS AYAR-ROMAN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for May 1, 2015, at 9:30 a.m. be continued to **Thursday, June 4, 2015, at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: _4-29-15_

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE